**IN THE**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>Defendant-Appellant.<br><br>-------------------------------<br><br>LILIA MURPHY and BRIAN KENNEDY,<br><br>Interested Parties. | C.A. No. 25-3616<br>D.C. No. 5:23-cr-00021-JGB-1<br>(C.D. Cal.)<br><br>**GOVERNMENT'S OPPOSITION TO APPELLANTS' JOINT MOTION TO STRIKE GOVERNMENT'S ANSWERING BRIEF, OR IN THE ALTERNATIVE, TO REQUIRE IDENTIFICATION OF AUTHORITY OF COUNSEL AND APPELLANTS' JOINT MOTION FOR STAY** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JASON EDWARD THOMAS CARDIFF,<br><br>Defendant,<br><br>-------------------------------<br><br>LILIA MURPHY and BRIAN KENNEDY,<br><br>Interested Parties – Appellants. | C.A. No. 25-3781<br>D.C. No. 5:23-cr-00021-JGB-1<br>(C.D. Cal.) |

Plaintiff-Appellee United States of America, by and through its counsel of record, opposes Appellants' Joint Motion to Strike Government's Answering Brief, or In the Alternative, Require Identification of Authority of Counsel  (DE 54.1)[1] (hereinafter "Second Motion to Strike") for the same reasons as set forth in its opposition to the previous motion to strike (Appellant's Motion to Strike Government's Opposition for Lack of Delegated Authority (DE 29.1) (hereinafter "First Motion to Strike") and its citation of supplemental authorities. (DE 35.1, 39). As appellants acknowledge, the authority issue raised in the Second Motion to Strike is materially the same as the issue raised in Appellants' First Motion to Strike. (*See* DE 54.1 at 2 (Second Motion to Strike "presents the same authority issue" as the First Motion to Strike).) The government continues to maintain that undersigned counsel is authorized pursuant to 28 U.S.C. § 515 and 28 C.F.R. § 0.13 to conduct any legal proceedings without the involvement of the United States Attorney's Office. (*See* DE 35.1.)

In addition, Plaintiff-Appellee United States of America opposes Appellants' Joint Motion for Temporary Stay of Proceedings Pending Resolution of Appellants' Joint Motion to Strike Government's Answering Brief, or In the Alternative, To Require Identification of Authority of Counsel (DE 55.1) (hereinafter "Second Motion for Stay")

---

[1] "DE" refers to the docket entry in Case No. 25-3616.

because a stay is unwarranted.[2] The authority issue has already been fully briefed in connection with the First Motion to Strike and the issues raised in the opening brief on appeal are distinct. A stay would also lead to additional unnecessary delay in resolving the bond forfeiture question. Resolving the forfeiture issues is pressing because Defendant-Appellant Cardiff remains a fugitive from justice and in order to vindicate and give meaning to the purposes of the rules allowing for pre-trial release on bail, there must be consequences for Defendant-Appellant Cardiff's on-going violations of the conditions of his release.

///

///

///

---

[2] Counsel has repeatedly violated Ninth Circuit Rule 27-1 by failing to contact the government prior to filing motions.

For the forgoing reasons, the Government respectfully requests that this Court deny the Second Motion to Strike and the Second Motion for Stay.

DATED: March 26, 2026

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

LORINDA I. LARYEA
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER P. ROBBINS
Assistant United States Attorney
Chief, Criminal Appeals Section

RANEE A. KATZENSTEIN
Assistant United States Attorney
Acting Deputy Chief, Criminal
Appeals Section

*/s/*
MANU J. SEBASTIAN
Trial Attorney, Fraud Section
Criminal Division

Attorneys for Plaintiff-Appellee
UNITED STATES OF AMERICA

## CERTIFICATE OF COMPLIANCE

I certify that:

1.     This response complies with the length limits permitted by Fed. R. App. P. 27(d) because the response contains 362 words, excluding the portions exempted by Fed. R. App. P. 32(f), if applicable.

2.     This response complies with the typeface requirements and the type-style requirements of Fed. R. App. P. 27(d) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word.

DATED: March 26, 2026

*/s/*

MANU J. SEBASTIAN
Attorney for Plaintiff-Appellee
UNITED STATES OF AMERICA